IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY GUSTAFSON,

    Plaintiff,

v.

CITY OF MEDFORD, PUBLIC WORKS DEPARTMENT; CITY OF MEDFORD, ATTORNEYS OFFICE; OREGON DEPARTMENT OF JUSTICE; OFFICE OF THE GOVERNOR, KATE BROWN,

    Defendants.

Case No. 1:19-cv-01501-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed Findings and Recommendations (ECF Nos. 12 and 19), and the matter is now before this Court on Plaintiff's objections to the first Findings and Recommendation. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the reports are correct.

Magistrate Judge Clarke's Findings and Recommendations (ECF Nos. 12 and 19) are adopted in full. The case is dismissed without prejudice. Plaintiff has leave to amend her complaint within 30 days of the entry of this Order.

1 – ORDER

IT IS SO ORDERED.

DATED this 8th day of April, 2020.

                                              s/Michael J. McShane
                                              Michael McShane
                                              United States District Judge